JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YOUHANNA SAWAGED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHILD PROTECTION DCFS SERVICE LOS ANGELES,<br><br>　　　　Defendants. | Case No. 2:22-cv-05972-SVW-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 13, 2023

_____
STEPHEN V. WILSON
United States District Judge